**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 02 2016

BY
DEPUTY_____

# APPLICATION TO PROCEED
# IN FORMA PAUPERIS

<u>Randall Baldwin</u>             /
   Plaintiff's name and ID Number   /
                                    /    <u>1:16cv291</u>
                                    /       Case No.
                                    /    (Clerk Will Assign Number)
<u>Dallas Jones, ET AL.</u>         /
   Place of Confinement             /

I, <u>Randall Baldwin</u>, declare, depose, and say that I am the plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay in advance the filling fee for said proceedings or to give security for the filling fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, whiting the past 12 months, any money from any of the following sources?
   A. Business, profession or form of self-employment?    Yes ☐   No ☒
   B. Rent payment, interest or dividends?                Yes ☐   No ☒
   C. Pensions, annuities or life insurance payments?     Yes ☐   No ☒
   D. Gifts or inheritances                               Yes ☐   No ☒
   E. Family or friends?                                  Yes ☒   No ☐
   F. Any other source?                                   Yes ☐   No ☒

   If you answer YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.
   <u>I receive monies from family on rare occasions.</u>
   <u>See attached documents for specifics.</u>

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes ☐  No ☒

   If you answer YES, state the total value of the items owned.
   _____
   _____

1

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishing and clothing?
Yes ☐ No ☒
If you answer YES, describe the property and state its approximate value.

_____

_____

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I understand (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this __25th__ day of __October__, 20_16_.

*Randall Baldwin*                                    __26860-177__
Signature of plaintiff                                   ID Number

YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATIONS AT YOUR INSTITUTION).

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the <u>FCI Beaumont medium</u> where
(Name of institution)
<u>Randall</u>, inmate ID No. <u>26860-177</u>, is confined
(Name of inmate)
As a prisoner, do hereby certify that:

1. On this day the prisoner has in his account the sum of $ <u>3.57</u>.
2. During the past six months, the prisoners:
   Average monthly balance was $ <u>32.34</u>.
   Average monthly deposits to the prisoners account were $ _____.

Attached is a certified copy of the prisoners trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this <u>25th</u> day of <u>October</u>, 20<u>16</u>

_____
Authorized officer

<u>FCI Beaumont medium</u>
Institution of Confinement

### Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installment ordered by court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

_____
Signature of Prisoner / Plaintiff / Appellant
Institution ID No. <u>26860-177</u>

# Inmate Inquiry 

| | | | |
|---|---|---|---|
| Inmate Reg #: | 26860177 | Current Institution: | Beaumont FCC |
| Inmate Name: | BALDWIN, RANDALL | Housing Unit: | BMM-N-B |
| Report Date: | 10/25/2016 | Living Quarters: | N03-323U |
| Report Time: | 12:58:16 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3847 |
| PAC #: | 253416861 |
| Revalidation Date: | 1st |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 5/28/2002 |
| Local Account Activation Date: | 4/7/2015 3:16:23 AM |
| Sort Codes: | |
| Last Account Update: | 10/24/2016 7:04:13 PM |
| Account Status: | Active |
| Phone Balance: | $0.12 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $99,999.00 |
| Pre-Release Deduction %: | 100% |
| Income Categories to Deduct From: | ☑ Payroll   ☑ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $3.57 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

|  |  |
|---:|:---|
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $3.57 |
| National 6 Months Deposits: | $970.45 |
| National 6 Months Withdrawals: | $1,010.45 |
| Available Funds to be considered for IFRP Payments: | $520.45 |
| National 6 Months Avg Daily Balance: | $50.55 |
| Local Max. Balance - Prev. 30 Days: | $104.77 |
| Average Balance - Prev. 30 Days: | $32.34 |

## Commissary History

### Purchases

|  |  |
|---:|:---|
| Validation Period Purchases: | $154.20 |
| YTD Purchases: | $154.20 |
| Last Sales Date: | 10/19/2016 7:23:52 AM |

### SPO Information

|  |  |
|---:|:---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

|  |  |
|---:|:---|
| Spending Limit Override: | No |
| Weekly Revalidation: | Yes |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $90.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $90.00 |

## Commissary Restrictions

### Spending Limit Restrictions

|  |  |
|---:|:---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

**Comments**

Comments:

_____

⇔26860-177⇔
Randall Baldwin
FCC Medium

PO Box 26040
Beaumont, TX 77720
United States

NORTH HOUSTON TX 773
31 OCT 2016 PM 3 L

CLERK U.S. DISTRICT COURT
RECEIVED
NOV 02 2016
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

United States District Court
300 Willow Street, Suite 104
Beaumont, Texas 77701-2217

77701-221729