IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RANDALL BALDWIN | § | |
| VS. | § | CIVIL ACTION NO. 1:16cv291 |
| DALLAS JONES, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Randall Baldwin, an inmate at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit against prison officials.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

### O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** to the extent it recommended dismissal. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **22** day of **March, 2017.**

_____
Ron Clark, United States District Judge

---

[1] Plaintiff filed a motion to dismiss the case following the Report. As the defendants have neither answered nor filed a motion for summary judgment at this time, plaintiff is entitled to dismiss his complaint without prejudice. *See* FED. R. CIV. P. 41(a). Accordingly, the Report will be adopted only to the extent it recommended dismissal.